UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SEAN SHARKEY,

                 Plaintiff,

v.

ARI NETWORK SERVICES, INC., CHAD J. COOPER, WILLIAM H. LUDEN, WILLIAM C. MORTIMORE, ROBERT Y. NEWELL, ROY W. OLIVIER, and P. LEE POSEIDON,

                 Defendants.

Case No. 17-CV-1012-JPS

**ORDER**

---

On August 21, 2017, the Court received the plaintiff's notice of voluntary dismissal of this action. (Docket #13). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge